No. 41858.—Protest 978557–G of Irving W. Rice Co. (New York).

Opinion by DALLINGER, J.  It was stipulated that the atomizers and perfume sprays in question are similar to those the subject of *Rice* v. *United States* (T. D. 49373).  The claim at 40 percent under paragraph 339 was therefore sustained.

No. 41859.—Protest 986071–G of B. Altman & Co. (New York).

Opinion by DALLINGER, J.  In accordance with stipulation of counsel trays, inkstands, bookends, corners, letter openers, blotters, letter racks, bookstands, calendars, and letter scales chiefly used on the table in the kitchen or in the household for utilitarian purposes were held dutiable at 40 percent under paragraph 339.  *Woolworth* v. *United States* (T. D. 47857) cited.

No. 41860.—Protests 956004–G, etc., of African Metals Corp. et al. (New York).

Opinion by DALLINGER, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

JULY 19, 1939

No. 41861.  Protest 946855–G of Dan Brechner & Co.  Abstract 41518.  Plaintiffs' application for rehearing granted.

No. 41862.—  —Protest 984519–G of P. Kuch Co. et al.  Abstract 41709.  Plaintiffs' application for rehearing granted.

JULY 19, 1939

No. 41863.—SUIT 4161.—  —*United States* v. *Louis Wolf & Co.*  T. D. 49262 affirmed.

No. 41864.—SUIT 4171.—  —*Walter T. Ueland, Quong Yuen Shing & Co.* v. *United States.*  T. D. 49348 affirmed.

No. 41865.—SUIT 4203.  *International Graphite & Electrode Corp.* v. *United States.*  C. D. 38 reversed.

BEFORE THE SECOND DIVISION, JULY 25, 1939

No. 41866.—Protest 330546–G of R. H. Macy & Co., Inc. (New York).

Opinion by TILSON, J.  From the record it was found that certain items consist of artificial flowers the same as those involved in *Robinson-Goodman* v. *United States* (17 C. C. P. A. 149, T. D. 43473).  The claim at 60 percent under paragraph 1419 was therefore sustained.